Filed Sept. 16, 1885.

---

No. 12,319.

THE STATE, EX REL. HOWARD, PROSECUTING ATTORNEY, *v.* THE CRAWFORDSVILLE AND DARLINGTON TURNPIKE COMPANY.

From the Montgomery Circuit Court.

*J. M. Thompson, W. B. Herod, J. H. Burford, W. H. Thompson* and *F. M. Howard,* for appellant.

*P. S. Kennedy, S. C. Kennedy, E. C. Snyder, G. W. Paul* and *J. E. Humphries,* for appellee.

HOWK, J.—In this case, the same questions are presented for decision, and in the same manner, as those which were considered and decided by this court in *State, ex rel., etc.,* v. *Crawfordsville and Shannondale Tp. Co., ante,* p. 283. For the reasons given in the case cited, this cause must be decided as that was decided.

The judgment is affirmed.

Filed June 10, 1885.